No. 409. BOARD OF EDUCATION OF LITTLE ROCK SCHOOL DISTRICT ET AL. *v.* CLARK ET AL. C. A. 8th Cir. Motion to advance denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 420. MCDANIEL, SUPERINTENDENT OF SCHOOLS OF CLARKE COUNTY, ET AL. *v.* BARRESI ET AL. Sup. Ct. Ga. [Certiorari granted, *ante,* p. 804.] Motion to dispense with printing respondents' brief granted.

No. 430. REED *v.* REED, ADMINISTRATOR. Appeal from Sup. Ct. Idaho. The Attorney General of Idaho is invited to file a brief expressing the views of the State of Idaho. Parties requested to file supplemental briefs on question of residence of each of the litigants at time of instigation of this litigation.

No. 679. FRIEDMAN *v.* O'ROURKE ET AL. Appeal from Ct. App. N. Y. Application for injunctive and affirmative relief presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied.

No. 704. WOOD ET AL. *v.* PUTTERMAN ET AL. Appeal from D. C. Md. Application for interim injunctive relief presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 769. ELLINGTON, GOVERNOR OF TENNESSEE, ET AL. *v.* BLUMSTEIN. Appeal from D. C. M. D. Tenn. Application for stay presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. THE CHIEF JUSTICE and MR. JUSTICE WHITE are of the opinion that the stay should be granted. Motion to advance denied. Reported below: —— F. Supp. ——.